**UNITED STATES DISTRICT COURT**
**FOR THE EASTERN DISTRICT OF MICHIGAN**
**SOUTHERN DIVISION**

DETROIT CARPENTERS FRINGE
BENEFIT FUNDS,

      Plaintiff,

v.                                 Case No. 2:11-cv-12518

HARMINNIE CONTRACTING LLC, et al.,

      Defendants.
                                  /

**ORDER OF VOLUNTARY DISMISSAL**

On November 7, 2011, Plaintiff filed a notice of voluntary dismissal. Under Federal Rule of Civil Procedure 41(a)(1)(A)(i), a Plaintiff may dismiss an action by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment." Accordingly,

IT IS ORDERED that the above-captioned matter is DISMISSED in accordance with Federal Rule of Civil Procedure 41(a)(1)(B).

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated: November 16, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 16, 2011, by electronic and/or ordinary mail.

                                        s/Lisa Wagner
                                        Case Manager and Deputy Clerk
                                        (313) 234-5522

S:\Cleland\JUDGE'S DESK\C2 ORDERS\11-12518.DETCARPFRINGEBENEFUNDS.VoluntaryDismissal.set.wpd